IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**TRANSAMERICA LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                          Civil Action No.: 5:18-CV-78

**SUZANNE MARIE WISBEY, as the Administratrix
of the Estate of Jeannette Louise Heflin;
THOMAS MICHAEL HEFLIN;
MELISSA ANN CARVER; and SABRINA CARTER,**

    **Defendants.**

## TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION TO APPOINT GUARDIAN AD LITEM FOR DEFENDANT THOMAS MICHAEL HEFLIN

Plaintiff, Transamerica Life Insurance Company ("Transamerica"), by and through its undersigned counsel, respectfully moves this Honorable Court to appoint a guardian ad litem to represent Defendant Thomas Michael Heflin, an incarcerated person, upon whom service of the Complaint in the above-styled matter can be made. In support of its Motion, Transamerica states as follows:

    1.    Plaintiff, Transamerica, initiated this civil action with the filing of its Complaint on June 6, 2018.

    2.    Upon information and belief, Plaintiff alleges that Mr. Heflin shot his wife, Jeannette Louise Heflin, on December 12, 2016. Following the incident, Mrs. Heflin was transported to Inova Fairfax Hospital in Falls Church, Virginia. She subsequently died on January 11, 2017.

3. Defendant Thomas Heflin is currently an inmate at Northwestern Regional Adult Detention Center Main in Winchester, Virginia. *See* Inmate Lookup Tool of the Northwestern Regional Adult Detention Center, attached as **Exhibit A**.

4. In accordance with Federal Rule of Civil Procedure 4(g)[1] and Virginia Code § 8.01-297, on June 7, 2018, the Summons and Complaint were forwarded, via certified mail, return receipt requested, to the Superintendent of the Northwestern Regional Adult Detention Center for service upon Defendant Heflin.

5. Pursuant to Federal Rule of Civil Procedure 17(c)(2), "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."

6. Section 8.01-9 of the Virginia Code also provides:

> A suit wherein a person under a disability is a party defendant shall not be stayed because of such disability, but the court in which the suit is pending, or the clerk thereof, shall appoint a discreet and competent attorney-at-law as guardian ad litem to such defendant, whether the defendant has been served with process or not.

Va. Code § 8.01-9(A).

7. Courts look to state law to determine whether a defendant is incompetent. *See* Fed. R. Civ. P. 17(b); *Nationwide Prop. & Cas. Ins. Co. v. Fraraccio*, 250 F. Supp. 3d 5, 6 n.2 (E.D. Va. 2017). "Under Virginia law, an incarcerated felon qualifies as a person under a disability." *Fraraccio*, 250 F. Supp. 3d at 6 n.2 (internal quotation and citation omitted).

8. In light of the foregoing and consistent with the relief requested in the Complaint for Interpleader in this case, Plaintiff respectfully requests that this Honorable Court grant the

---

[1] Federal Rule of Civil Procedure 4(g) provides:

> A minor or an incompetent person in a judicial district of the United States must be served by following state law for serving a summons or like process on such a defendant in an action brought in the courts of general jurisdiction of the state where service is made.

8035575

instant Motion, appoint a guardian ad litem for Defendant Heflin in this litigation, and order such further relief as it deems equitable and just.

9.    A proposed Order granting this Motion is attached for the Court's consideration as **Exhibit B**.

          Respectfully submitted,

          **TRANSAMERICA LIFE INSURANCE COMPANY**
          By Counsel

          */s/ Kenneth J. Barton, Jr.*
          Kenneth J. Barton, Jr. (VA Bar #29873)
          STEPTOE & JOHNSON PLLC
          1250 Edwin Miller Blvd., Suite 300
          Martinsburg, WV 25404
          (304) 262-3530
          kenneth.barton@steptoe-johnson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**TRANSAMERICA LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                               **Civil Action No.: 5:18-CV-78**

**SUZANNE MARIE WISBEY, as the Administratrix
of the Estate of Jeannette Louise Heflin;
THOMAS MICHAEL HEFLIN;
MELISSA ANN CARVER; and SABRINA CARTER,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of June 2018, I filed the foregoing *Transamerica Life Insurance Company's Motion to Appoint Guardian Ad Litem for Defendant Thomas Michael Heflin* with the Clerk of Court using CM/ECF, which will effect service upon and send notification of such filing to the following:

        Timothy M. Mayfield, Esq.
        Harrison & Johnston, PLC
        21 South Loudoun Street
        Winchester, VA 22601
        *Counsel for Defendant Suzanne Marie Wiseby*

    I further certify that on the 7th day of June 2018, I served the foregoing *Transamerica Life Insurance Company's Motion to Appoint Guardian Ad Litem for Defendant Thomas Michael Heflin* via U.S. mail upon the following:

        Thomas Michael Heflin
        Northwestern Regional Adult Detention Center (Main Facility)
        141 Fort Collier Road
        Winchester, VA 22603

        Sabrina Carter
        131 Woodrow Road
        Winchester, VA 22602

Melissa Ann Carver
12307 Chalford Lane
Bowie, MD 20715

*/s/ Kenneth J. Barton, Jr.*
Kenneth J. Barton, Jr. (VA Bar #29873)
STEPTOE & JOHNSON PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
(304) 262-3530
kenneth.barton@steptoe-johnson.com

5

8035575