

To return to the Search Results page, click on the Inmate Database Search Results tab, or to revise your search, click on the Inmate Database Search tab.

**Name: THOMAS MICHAEL HEFLIN**

| | | | |
|---|---|---|---|
| Sex: | M | DOB: | 04/16/1960 |
| Height: | | Weight: | 195 |
| Hair Length: | Short | Hair Color: | GRAY OR PARTIALLY GRAY |
| Complexion: | FAIR SKINNED | Eye Color: | BLUE |

### Inmate Information

| | | | |
|---|---|---|---|
| Booking #: | 16-090260 | Race: | WHITE |
| Permanent ID #: | 16-150246 | Ethnicity: | NON HISPANIC |
| Marital Status: | MARRIED | | |
| Police/County ID: | | Citizen: | UNITED STATES OF AMERICA |
| Country of Birth: | UNITED STATES OF AMERICA | | |

### Incarceration Information

| | | | |
|---|---|---|---|
| Current Housing Section: | | Current Location: | MAIN |
| Current Housing Block: | | County: | FREDERICK |
| Current Housing Cell: | | Commitment Date: | 12/12/2016 |
| Current Housing Bed: | | | |

### Alias Information

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

### Detainer Information

There is no detainer information for this inmate.

### Bond Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case #: | | Amount: | $0.00 | Percent: | | Additional: | $0.00 |
| Bond Type: | | Status: | No Bond | Posted By: | JUDGES | Post Date: | 12/13/2016 |

Total: $0.00

Grand Total: $0.00

### Charge Information

| Case # | Offense Date | Code | Description | Grade | Degree |
|---|---|---|---|---|---|
| | 12/12/2016 | ASL1319F9 | ASSAULT FIREARM USE IN COMMISSION OF FELONY-(FIRST OFFENSE) | F | SP |
| | 12/12/2016 | MUR0925A2 | ATTEMPTED - MURDER FIRST DEGREE | F | 2 |

### Hearing Information

There is no hearing information for this inmate.

© Copyright 2007, Digital Solutions, Inc. All Rights Reserved