IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**TRANSAMERICA LIFE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                        Civil Action No.: 5:18-CV-78

**SUZANNE MARIE WISBEY, as the Administratrix**
**of the Estate of Jeannette Louise Heflin;**
**THOMAS MICHAEL HEFLIN;**
**MELISSA ANN CARVER; and SABRINA CARTER,**

    **Defendants.**

### ORDER APPOINTING GUARDIAN AD LITEM

Pursuant to Federal Rule of Civil Procedure 17(c)(2) and Virginia Code § 8.01-9, it is hereby **ORDERED** that _____, Esq. is appointed as Guardian ad Litem for Defendant Thomas Michael Heflin (Booking No. 16-090260; Permanent ID No. 16-150246), an incarcerated person currently housed at Northwestern Regional Adult Detention Center, 141 Fort Collier Road, Winchester, VA 22603.

The Clerk is directed to transmit copies of this Order to all parties in interest.

ENTER: _____

                                                          _____
                                                          Michael F. Urbanski
                                                       Chief United States District Judge

8035641