IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

**TRANSAMERICA LIFE INSURANCE COMPANY,**

      Plaintiff,

v.                                                     Civil Action No.:  5:18-CV-78

**SUZANNE MARIE WISBEY, as the Administratrix
of the Estate of Jeannette Louise Heflin;
THOMAS MICHAEL HEFLIN;
MELISSA ANN CARVER; and SABRINA CARTER,**

      **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

      I certify that on the 7th day of June 2018, I served the foregoing *Transamerica Life Insurance Company's Motion to Appoint Guardian Ad Litem for Defendant Thomas Michael Heflin* via U.S. mail upon the following:

      Timothy M. Mayfield, Esq.
      Harrison & Johnston, PLC
      21 South Loudoun Street
      Winchester, VA 22601
      *Counsel for Defendant Suzanne Marie Wiseby*

      Thomas Michael Heflin
      Northwestern Regional Adult Detention Center (Main Facility)
      141 Fort Collier Road
      Winchester, VA 22603

      Sabrina Carter
      131 Woodrow Road
      Winchester, VA 22602

      Melissa Ann Carver
      12307 Chalford Lane
      Bowie, MD 20715

*/s/ Kenneth J. Barton, Jr.*
Kenneth J. Barton, Jr. (VA Bar #29873)
STEPTOE & JOHNSON PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
(304) 262-3530
kenneth.barton@steptoe-johnson.com

5

8035575